No. 67020.—Montgomery Ward & Company *v.* United States, protest 60/16953 (Seattle).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.